IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH DANIEL PIRESTANI, | § | |
| | § | |
| Cross-Petitioner Below, | § | No. 299, 2018 |
| Appellant, | § | |
| | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| KEVIN J. REAGAN, | § | C.M. No. 17950-N |
| | § | |
| Petitioner Below, | § | |
| Appellee, | § | |
| | § | |
| and | § | |
| | § | |
| ATTORNEY AD LITEM, | § | |
| | § | |
| Appellee. | § | |

Submitted: June 7, 2018
Decided: June 11, 2018

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

# **O R D E R**

This 11th day of June 2018, having considered the notice of appeal from an interlocutory order under Supreme Court Rule 42, it appears to the Court that:

(1) On June 7, 2018, the appellant, Joseph Daniel Pirestani, filed a notice of interlocutory appeal from a Court of Chancery order, dated January 31, 2018, denying his motions for admission of additional evidence, and a Court of Chancery order, dated May 8, 2018, denying his motion for reargument of the January 31, 2018 order. Pirestani filed an application for certification of an interlocutory appeal on

May 18, 2018. The Court of Chancery denied the application for certification on May 23, 2018.

(2) Applications for interlocutory review are addressed to the sound discretion of the Court[1] and are granted only in exceptional circumstances.[2] In the exercise of our discretion, we have concluded that the application for interlocutory review does not meet the strict standards for certification under Supreme Court Rule 42(b) and should be refused.

(3) This is the third interlocutory appeal Pirestani has filed in three months relating to the guardianship proceeding in the Court of Chancery, C.M. No. 17950-N. None of the appeals met the standards for certification under Rule 42. The Court will not take any action on Pirestani's future notices of appeal or petitions relating to C.M. No. 17950-N until he pays the filing fee or files a motion to proceed *in forma pauperis* in those future matters.

NOW, THEREFORE, IT IS HEREBY ORDERED that the interlocutory appeal is REFUSED and that no action will be taken on Pirestani's future notices of

---

[1] Supr. Ct. R. 42(d)(v).
[2] Supr. Ct. R. 42(b)(ii).

appeal or petitions relating to C.M. No. 17950-N until he pays the filing fee or files a motion to proceed *in forma pauperis* in those future matters.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice